IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **JEFFREY SCOTT MOORE,** | ) | |
| Petitioner, | ) | Civil Action No. 7:11-cv-00560 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **BRYAN WATSON,** | ) | By:  Norman K. Moon |
| Respondent. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED**  that Moore's 28 U.S.C. § 2254 petition shall be and hereby is **DISMISSED** **without prejudice** and this action shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the petitioner.

**ENTER**: This 30th day of November, 2011.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE